UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMEENA HUSSAIN, individually and
on behalf of others similarly situation,

     Plaintiff,

v

MORTGAGEPROS LLC,

     Defendant.

_____/

Case No.  2:26-cv-12618-MAG-APP

Hon. Mark A. Goldsmith

Magistrate Judge Anthony P. Patti

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that George T. Blackmore of Blackmore Law

PLC as counsel for Plaintiff Ameena Hussain. All notices, pleadings, orders, and

other papers should be served through the Court's CM/ECF system and directed to

the undersigned at the address below.

Respectfully Submitted,

BLACKMORE LAW PLC

/s/ George T. Blackmore
By: George T. Blackmore (P76942)
1100 Owendale Drive, Suite M
Troy, Michigan 48083
Telephone: (888) 835-2993
Email: george@blackmore.law
Local Counsel for Plaintiff and
Proposed Class

Dated: July 31, 2026

1

2

## CERTIFICATE OF SERVICE

I certify that on July 31, 2026, I electronically filed the foregoing Notice of Appearance with the Court's CM/ECF system, which will provide notice of this document's filing on all registered parties.

/s/ George T. Blackmore