# UNITED STATES DISTRICT COURT

for the
Eastern District of Michigan

| | | |
|---|---|---|
| **Ameena Hussain** | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | Civil Action No. 2:26-cv-12618-MAG-APP |
| v. | ) | |
| | ) | |
| | ) | |
| **MortgagePros LLC** | ) | |
| | ) | |
| *Defendant* | ) | |

## AFFIDAVIT OF SERVICE

I, Susan McClain, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to MortgagePros LLC in Oakland County, MI on August 10, 2026 at 5:10 pm at 880 W Long Lake Rd, Ste 300, Troy, MI 48098-4531 by leaving the following documents with Angelina Daniel who as Receptionist is authorized by appointment or by law to receive service of process for MortgagePros LLC.

CIVIL COVER SHEET
CLASS ACTION COMPLAINT
SUMMONS IN A CIVIL ACTION
Race: Middle Eastern, Sex: Female, Est. Age: Unknown, Hair: Black, Glasses: N, Est. Weight: Unknown, Est. Height: Unknown.
Geolocation of Serve: https://google.com/maps?q=42.5931043,-83.1671774
Photograph: See Exhibit 1


Standard Serve 880 W Long Lake Rd, Ste 300, Troy, MI 48098-4531 - Redispatched  1@$0.00=$0.00
Standard Serve 880 W Long Lake Rd, Ste 300, Troy, MI 48098-4531 1@$97.00=$97.00
Total Cost: $97.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Oakland County ,

MI on 8/11/2026 .

/s/ *Susan McClain*

Signature
Susan McClain
+1 (248) 635-9081



Exhibit 1a)