**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

AMEENA HUSSAIN,
*on behalf of herself*
*and others similarly situated*,

Case No. 2:26-cv-12618-MAG-APP

Plaintiff,

vs.

MORTGAGEPROS LLC,

Defendant.
_______________________________________/

**APPEARANCE**

To: Clerk of the Court
All Counsel of Record

Please enter the Appearance of Chrisdon F. Rossi, Esq., and Quintairos, Prieto, Wood & Boyer, PA, as counsel for and on behalf of the above-named Defendant MORTGAGEPROS, LLC, in the said cause.

Respectfully Submitted,

Quintairos, Prieto, Wood & Boyer, PA

By: *____/s/ Chrisdon F. Rossi____*
CHRISDON F. ROSSI (P59305)
Attorneys for Defendant
32605 W. 12 Mile Road, Suite 300
Farmington Hills, MI 48334
(248) 783-6780

Dated: August 28, 2026

**PROOF OF SERVICE**

The undersigned certifies that on August 28, 2026, she served a copy of the foregoing documents upon each of the attorneys of record, by:

_X__E-File & E-Service

*/s/Michelle E. Krist*
Michelle E. Krist