**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

AMEENA HUSSAIN,
*on behalf of herself*
*and others similarly situated,*

Plaintiff,

Case No. 2:26-cv-12618-MAG-APP

vs.

MORTGAGEPROS LLC,

Defendant.
_______________________________________/

**STIPULATED ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS TO COMPLAINT**

**NOW COME** the parties, by and through their attorneys of record, and the Court being otherwise fully advised in the premises:

**IT IS HEREBY STIPULATED** that Defendant has until September 30, 2026 to file its responsive pleadings.

This is not a final order and does not close the case.

**IT IS SO ORDERED.**

Dated: September 4, 2026
Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

I hereby stipulate to entry of the above Order:

| | |
|---|---|
| */s/Anthony I. Paronich (w/permission)* | */s/Chrisdon F. Rossi*___________ |
| ANTHONY I. PARONICH | CHRISDON F. ROSSI (P59305) |
| PARONICH LAW, P.C. | QUINTARIOS, PRIETO, WOOD & BOYER, PA |
| Attorneys for Plaintiff | Attorneys for Defendant |