UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMEENA HUSSAIN,

Plaintiff,

v.

Case No. 26-cv-12618
HON. MARK A. GOLDSMITH

MORTGAGEPROS LLC,

Defendant.
______________________________/

**ORDER DENYING MOTION TO DISMISS (Dkt. 8) AS MOOT**

On September 30, 2026, Defendant MortgagePros, LLC filed a motion to dismiss the complaint (Dkt. 8). On October 7, 2026, Plaintiff Ameena Hussain filed an amended complaint (Dkt. 9). The amended complaint, having been filed within 21 days of the motion to dismiss, complies with the timing requirements set forth in Federal Rule of Civil Procedure 15(1)(1)(B).

Accordingly, the motion to dismiss (Dkt. 8) is denied as moot.

**SO ORDERED.**

Dated: October 13, 2026
Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 13, 2026.

s/Joseph Heacox
JOSEPH HEACOX
Case Manager